# EXHIBIT B

*English Translation*

| Cost Details | Average cost per month | Expected duration period (months) | Total Expenses | Ratio | Remarks | Cost Allocation | |
|---|---|---|---|---|---|---|---|
| | | | | | | Daesung | QSC |
| **Recall Preparation Stage** | | | | | | | |
| Korean attorney's fees | $25,000 | 6 | $150,000 | 11.0% | | 100% | |
| US attorney's fees | $15,000 | 6 | $90,000 | 6.6% | | 100% | |
| Penalty for delayed reporting | $20,000 | 1 | $20,000 | 1.5% | Difficult to estimate cost | 50% | 50% |
| **Recall Stage** | | | | | | | |
| Operating expenses for local call center | $19,200 | 6 | $115,200 | 8.5% | 8 call center employees working (based on $2,400 per person per month) | 50% | 50% |
| Newspaper advertising costs | $5,000 | 6 | $30,000 | 2.2% | 4 major newspapers | | 100% |
| Advertising expenses for dealers | $3,000 | 6 | $18,000 | 1.3% | Menard(Hydro Smart), Standard Plumbing etc. | | 100% |
| Recall parts costs | $22,500 | 6 | $135,000 | 9.9% | Based on 15% (4500 units) retrofitted | 100% | |
| Parts shipping fees (Korea -> US) | $5,000 | 6 | $30,000 | 2.2% | Based on 15% (4500 units) retrofitted | 100% | |
| Parts shipping costs (shipment within US) | $3,750 | 6 | $22,500 | 1.7% | Based on 15% (4500 units) retrofitted | | 100% |
| Local contractor operating expenses | $112,500 | 6 | $675,000 | 49.6% | Based on 15% (4500 units) retrofitted | 60% | 40% |
| **Campaigns (To be run simultaneously)** | | | | | | | |
| Dispatch of Daesung's technical employees (3 persons) | $15,000 | 3 | $45,000 | 3.3% | 20 retrofit per day * 60 days = target of 1,200 units retrofit | 100% | |
| Campaign operating expenses | $5,000 | 3 | $15,000 | 1.1% | Rental car + airfare (costs for Daesung employees) | 100% | |
| Service units (if replacement is required) | $5,000 | 3 | $15,000 | 1.1% | | 100% | |
| Service parts | $500 | 3 | $1,500 | 0.1% | | 100% | |
| Total | $255,950 | | $1,362,200 | 100.0% | | $954,100 | $408,100 |
| **Additional Expenses Expected** | | | | | | | |
| Facilities necessary for operation of call center; | | | $22,000 | | Partition furniture, telephone & internet system, computer, etc. | 50% | 50% |
| Call log software | | | $15,000 | | Based on 2 persons, 1.5 month. Includes telephone | 50% | 50% |

*English Translation*

| | | | |
|---|---|---|---|
| $37,000 | recording function. | **$18,500** | **$18,500** |
| $1,399,200 | Estimated amount to be shared | **$972,600** | **$426,600** |
| | | **70%** | **30%** |